IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS AVILA ESPINOZA, et al.,<br><br>        Plaintiff,<br><br>vs.<br><br>JACKIE LADD, et al.,<br><br>        Defendant.<br>_____/ | CASE NO. CV-F-05-0411 AWI LJO<br><br>**ORDER TO RESCHEDULE MANDATORY SCHEDULING CONFERENCE**<br><br>Date: August 29, 2005<br>Time: 8:45 a.m.<br>Dept.: 6 (LJO) |

      This Court set a June 27, 2005 mandatory scheduling conference. Plaintiffs Luis Espinoza and Guadalupe Avilia (collectively "plaintiffs") informed this Court that they attempt to add new defendants. As such, this Court finds that postponement of the mandatory scheduling conference is appropriate. On the basis of good cause, this Court:

      1.    ORDERS plaintiffs to forthwith file an amended complaint to add new defendants and to serve them with the summons and amended complaint;

      2.    VACATES the June 27, 2005 mandatory scheduling conference;

      3.    RESETS the mandatory scheduling conference for August 29, 2005 at 8:45 a.m. in Department 6 (LJO) of this Court. The parties are encouraged to appear at the mandatory scheduling conference by telephone by arranging a one-line conference call and then adding the Court at (559) 498-7322;

      4.    ORDERS the parties, no later than August 22, 2005, to file a Joint Scheduling Report

1  which includes the information required by Exhibit A to the March 29, 2005 order setting
2  the scheduling conference and to e-mail a copy of the Joint Scheduling Report as an
3  attachment to ggreen@caded.uscourts.gov and formatted in WordPerfect or Word;
4  5. ORDERS the parties to otherwise comply with the March 29, 2005 order setting
5  scheduling conference; and
6  6. ORDERS plaintiffs to serve of a copy this order on the newly added defendants.
7  IT IS SO ORDERED.
8  **Dated:   June 22, 2005**                              **/s/ Lawrence J. O'Neill**
   66h44d                                                        UNITED STATES MAGISTRATE JUDGE