Larry J. Sidiropoulos, Esq. (SBN# 183393)
**LAURETI & SIDIROPOULOS, A.P.C.**
1540 Sixth Avenue
San Diego, CA  92101
Telephone (619) 696-7005
Facsimile   (619) 696-7026

**Attorney for Plaintiffs: LUIS AVILA ESPINOZA and GUADALUPE AVILA;**

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA – FRESNO

| | |
|---|---|
| LUIS AVILA ESPINOZA and GUADALUPE AVILA;   )<br>                                             )<br>           Plaintiffs,                      )<br>                                             )<br>vs.                                          )<br>                                             )<br>JACKIE LADD, and PCM EXPRESS,               )<br>business form unknown; DOES 1 through        )<br>10, Inclusive.                              )<br>                                             )<br>           Defendants                       )  | Case No.: 1:05-cv-411-AWI-LJO<br><br>**ORDER** |

Having come before this Court, The Parties Stipulation to allow Plaintiff to file a First Amended Complaint to include additional named defendants is hereby granted.

IT IS SO ORDERED.

**Dated:   August 26, 2005**              _____/s/ Lawrence J. O'Neill_____
b9ed48                                    UNITED STATES MAGISTRATE JUDGE