IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS AVILA ESPINOZA, et al.,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>JACKIE LADD, et al.,<br><br>　　　　　Defendant.<br>_____ / | CASE NO. CV-F-05-0411 AWI LJO<br><br>**ORDER TO RESCHEDULE MANDATORY SCHEDULING CONFERENCE**<br><br>Date:　November 7, 2005<br>Time:　8:30 a.m.<br>Dept.:　6 (LJO) |

　　　　This Court set a September 29, 2005 mandatory scheduling conference. Plaintiffs Luis Espinoza and Guadalupe Avilia (collectively "plaintiffs") have not served recently added defendants Joyce Cook and Agnes Sellers with a summons and first amended complaint. As such, this Court finds that postponement of the mandatory scheduling conference is appropriate. On the basis of good cause, this Court:

　　　　1.　ORDERS plaintiffs to forthwith serve defendants Joyce Cook and Agnes Sellers with a summons and first amended complaint and to file proofs of such service with this Court;

　　　　2.　VACATES the September 29, 2005 mandatory scheduling conference;

　　　　3.　RESETS the mandatory scheduling conference for November 7, 2005 at 8:30 a.m. in Department 6 (LJO) of this Court. The parties are encouraged to appear at the mandatory scheduling conference by telephone by arranging a one-line conference call and then adding the Court at (559) 498-7322;

1

1     4.     ORDERS the parties, no later than October 31, 2005, to file a Joint Scheduling Report which includes the information required by Exhibit A to the March 29, 2005 order setting the original scheduling conference and to e-mail a copy of the Joint Scheduling Report as an attachment to ggreen@caed.uscourts.gov and formatted in WordPerfect or Word;

5. ORDERS the parties to otherwise comply with the March 29, 2005 order setting the original scheduling conference; and

6. ORDERS plaintiffs to serve of a copy this order on defendants Joyce Cook and Agnes Sellers.

IT IS SO ORDERED.

**Dated:   September 21, 2005**           /s/ Lawrence J. O'Neill
66h44d                                            UNITED STATES MAGISTRATE JUDGE