IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS AVILA ESPINOZA, et al., | CASE NO. CV-F-05-0411 AWI LJO |
| Plaintiff, | **ORDER TO RESCHEDULE MANDATORY SCHEDULING CONFERENCE** |
| vs. | Date: December 13, 2005 |
| JACKIE LADD, et al., | Time: 8:45 a.m. |
| | Dept.: 6 (LJO) |
| Defendant. | |

This Court set a November 7, 2005 mandatory scheduling conference. Plaintiffs Luis Espinoza and Guadalupe Avilia (collectively "plaintiffs") recently served newly added defendants Joyce Cook and Agnes Sellers with a summons and first amended complaint, and such defendants have not appeared in this action. As such, this Court finds that postponement of the mandatory scheduling conference is appropriate. On the basis of good cause, this Court:

1. VACATES the November 7, 2005 mandatory scheduling conference;

2. RESETS the mandatory scheduling conference for December 13, 2005 at 8:45 a.m. in Department 6 (LJO) of this Court. The parties are encouraged to appear at the mandatory scheduling conference by telephone by arranging a one-line conference call and then adding the Court at (559) 498-7322;

3. ORDERS the parties, no later than December 6, 2005, to file a Joint Scheduling Report which includes the information required by Exhibit A to the March 29, 2005 order setting

1 | the original scheduling conference and to e-mail a copy of the Joint Scheduling Report
2 | as an attachment to ljoorders@caed.uscourts.gov and formatted in WordPerfect or Word;
3 | 4. ORDERS the parties to otherwise comply with the March 29, 2005 order setting the
4 | original scheduling conference; and
5 | 5. ORDERS plaintiffs to serve of a copy this order on defendants Joyce Cook and Agnes
6 | Sellers.
7 | IT IS SO ORDERED.
8 | **Dated:   November 2, 2005**              /s/ Lawrence J. O'Neill
  | 66h44d                                     UNITED STATES MAGISTRATE JUDGE