IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS AVILA ESPINOZA, et al.,<br><br>            Plaintiffs,<br><br>    vs.<br><br>JACKIE LADD, et al.,<br><br>            Defendants.<br>_____/ | CASE NO. CV-F-05-0411 LJO **(New Case No.)**<br><br>**ORDER TO SIGN AND RETURN<br>MAGISTRATE JUDGE CONSENT FORM** |

The parties' counsel indicated they consent to the conduct of all further proceedings, including trial, before a United States Magistrate Judge. Accordingly, this Court ORDERS the parties' counsel to obtain a Consent to Exercise of Jurisdiction by a United States Magistrate Judge ( "consent form"), which is available from this Court's webpage at http://207.41.18.73/caed/staticOther/page_947.htm. This Court further ORDERS the parties' counsel, no later than January 13, 2006 to sign and date the consent form and then submit the consent form to the chambers of United States Magistrate Judge Lawrence J. O'Neill, 1130 "O" Street, Room 1116, Fresno, CA 93721-2201.

**All further papers shall bear the new case number CV F 05-0411 LJO.**

IT IS SO ORDERED.

**Dated:     December 13, 2005              /s/ Lawrence J. O'Neill**
b9ed48                                    UNITED STATES MAGISTRATE JUDGE

1