IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS AVILA ESPINOZA, et al.,<br><br>    Plaintiffs,<br><br>    vs.<br><br>JACKIE LADD, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. CV-F-05-0411 LJO **(New Case No.)**<br><br>**ORDER TO PLAINTIFF RE MAGISTRATE JUDGE CONSENT FORM**<br><br>Date: February 23, 2006<br>Time: 9:00 a.m.<br>Dept.: 8 (LJO) |

At the December 13, 2005 scheduling conference, the parties' counsel indicated they consent to the conduct of all further proceedings, including trial, before a United States Magistrate Judge. All counsel, except plaintiff's, have filed a signed Consent to Exercise of Jurisdiction by a United States Magistrate Judge ( "consent form"). Accordingly, this Court SETS a status conference re consent form for February 23, 2006 at 9:00 a.m. in Department 8 of this Court, at which time only plaintiff's counsel is required to appear. If counsel signs and files the magistrate judge consent form, or in the alternative, files a decline to sign the consent form, either form which may be obtained at the Court's website at http://207.41.18.73/caed/staticOther/page_947.htm, the conference will be automatically vacated.

IT IS SO ORDERED.

**Dated:   January 30, 2006**            /s/ Lawrence J. O'Neill
b9ed48                                 UNITED STATES MAGISTRATE JUDGE