| | |
|---|---|
| 1  John A. Drolshagen, #105614<br>   WILKINS, DROLSHAGEN & CZESHINSKI LLP<br>2  7050 N. Fresno Street, Suite 204<br>   Fresno, CA 93720<br>3  Telephone: (559) 438-2390<br>   Facsimile: (559) 438-2393<br>4<br>   Attorneys for Defendant, Joyce Cook and Agnes<br>5  Sellers, dba Farmland Transportation | (SPACE BELOW FOR FILING STAMP ONLY)<br><br><br>JUL 2 6 2006<br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY_____<br>              DEPUTY CLERK |

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA - FRESNO

| | |
|---|---|
| LUIS AVILA ESPINOZA and GUADALUPE AVILA,<br><br>   Plaintiff,<br><br>v.<br><br>JACKIE LADD, PCM EXPRESS, business form unknown; JOYCE COOK and AGNES SELLERS dba FARMLAND TRANSPORTATION, business form unknown, , and DOES 1 through 20, inclusive,<br><br>   Defendants. | CASE NO. CV-F-05-0411 AWI LJO<br><br>**STIPULATION AND ORDER TO CONTINUE DISCOVERY DATES**<br><br>Action Filed: March 28, 2005<br>Trial Date: February 5, 2007 |

The following Stipulation is entered into between Plaintiffs, LUIS AVILA ESPINOZA and GUADALUPE AVILA and Defendants JACKIE LADD, PCM EXPRESS, ; JOYCE COOK and AGNES SELLERS dba FARMLAND TRANSPORTATION.   The parties to the above entitled action by and through their respective counsel of record hereby agree and stipulate as follows:

    1.    The Court issued a Scheduling Conference Order with the following deadlines:

    (a)    Initial Expert Witness Disclosure: August 1, 2006;

    (b)    Supplemental Expert Witness Disclosures: August 8, 2006;

/ / /

---

WILKINS,
DROLSHAGEN &
CZESHINSKI LLP
7050 N. Fresno Street,
Suite 204
Fresno, CA 93720

Stipulation and Order To Continue Discovery Cut-Off Dates

(c) Non-Expert Discovery Cut-off and Related Discovery Motions: August 11, 2006; and

(d) Expert Discovery and Related Discovery Motions: September 15, 2006.

The parties have been engaging in written discovery as well as depositions in this matter for several months. The completion of depositions necessary in the case has been delayed due to service of the third party percipient witnesses not being in the control of any of the parties to the case, and several residing in Mexico.

The parties have now scheduled a number of depositions for August and September of 2006. Because of the delay in completing non-expert depositions, the parties have agreed to continue the above cut-off dates as follows:

(a) Initial Expert Witness Disclosure: September 15, 2006;

(b) Supplemental Expert Witness Disclosures: September 22, 2006

(c) Non-Expert Discovery Cut-off and Related Discovery Motions: September 25, 2006; and

(d) Expert Discovery and Related Discovery Motions: October 20, 2006.

The parties respectfully request the Court to enter an amendment to the Scheduling Order consistent with the stipulation of the parties above.

Dated: July 21, 2006

WILKINS, DROLSHAGEN & CZESHINSKI LLP

By _____
John A. Drolshagen
Attorneys for Defendant Joyce Cook and Agnes Sellers, dba Farmland Transportation

Dated: July 18, 2006

LAURETI & SIDIROPOULOUS, A.P.C.

By _____
Larry J. Sidiropoulos,
Attorney for Plaintiffs

- 2 -

Stipulation and Order To Continue Discovery Cut-Off Dates

Dated: July 21, 2006                LIEDLE, GETTY & WILSON, LLP

                                    By: _____
                                              Jacy Okamoto
                                    Attorneys for Defendants, Jackie Ladd and
                                              PCM Express

**ORDER**

The Court, having reviewed the Stipulation of the parties and finding good cause, hereby issues an order continued the following dates and deadlines as follows:

(a) Initial Expert Witness Disclosure: September 15, 2006;

(b) Supplemental Expert Witness Disclosures: September 22, 2006

(c) Non-Expert Discovery Cut-off and Related Discovery Motions: September 25, 2006; and

(d) Expert Discovery and Related Discovery Motions: October 20, 2006.

IT IS SO ORDERED: July 26, 2006

_____
Honorable, Lawrence J. O'Neill

:F:\Data\Avila v. Ladd\pldg\stip.order.discovery.deadlines.wpd

WILKINS,
DROLSHAGEN &
CZESHINSKI LLP
7050 N. Fresno Street,
Suite 204
Fresno, CA 93720

- 3 -

Stipulation and Order To Continue Discovery Cut-Off Dates