Larry J. Sidiropoulos, Esq.
**LAURETI & SIDIROPOULOS, APLC**
1540 Sixth Avenue
San Diego, California 92101
Telephone:     (619) 696-7005
Facsimile:     (619) 696-7026

Attorneys for Plaintiff, LUIS AVILA ESPINOZA and GUADALUPE AVILA

.

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS AVILA ESPINOZA and GUADALUPE AVILA,<br><br>        Plaintiff,<br><br>vs.<br><br>JACKIE LADD and PCM EXPRESS, business form unknown, JOYCE COOK, and AGNES SELLERS, dba FARMLAND TRANSPORTATION, business form unknown; and DOES 1 through 20, Inclusive,<br><br>        Defendants. | Case No.: 1: 05 CV 0411 LJO<br><br>**STIPULATION AND ORDER TO CONTINUE SETTLEMENT CONFERENCE** |

    The following Stipulation is entered into between Plaintiffs, LUIS AVILA ESPINOZA and GUADALUPE AVILA and Defendants JACKIE LADD, PCM EXPRESS,; JOYCE COOK and AGNES SELLERS dba FARMLAND TRANSPORTATION.  The parties to the above entitled action by and through their respective counsel of record hereby agree and stipulate as follows:

    1. The Court has ordered the following dates and deadlines as follows:

        a.  Settlement Conference: September 25, 2006 at 10:00 a.m.

Plaintiff has yet to adequately ascertain if Defendant who caused Plaintiff's injuries was Jackie Ladd or Joyce Cook.  Although Plaintiff's counsel and counsel for Joyce Cook are

conducting some informal settlement discussions.  Additional time is required to provide Defendant Cook's counsel with a settlement demand and for Cook's insurance carrier to consider settlement at this time.

The parties have agreed to continue the above Settlement Conference and cut-off dates as follows:

      a.  Settlement Conference: October 26, 2006 at 1:30 p.m.

The parties respectfully request the Court to enter an amendment to the Scheduling Order consistent with the stipulation of the parties above.

LAURETI & SIDIROPOULOS, APLC

Dated: _____      /s/ Larry Sidiropoulos
                             Larry J. Sidiropoulos, Esq.
                             Attorneys for Plaintiffs, LUIS AVILA ESPINOZA
                             and GUADALUPE AVILA


LIEDLE, GETTY & WILSON, LLP

Dated: _____      /s/ Jaye Okamoto
                             Jaye Okamoto, Esq.
                             Attorney for Defendants, Jackie Ladd and PCM
                             Express


WILKINS, DROLSHAGEN & CZESHINSKI LLP

Date: _____      /s/ John Drolshagen
                             John A. Drolshagen, Esq.
                             Attorney for Defendant Joyce Cook and Agnes
                             Sellers, dba Farmland Trasportation

*///*

**STIPULATION AND ORDER TO CONTINUE SETTLEMENT CONFERENCE**
**-** 2

**ORDER**

The Court, having reviewed the Stipulation of the parties and finding good cause, hereby issue an order continuing the following Settlement Conference as follows:

    a.  Settlement Conference: October 26, 2006 at 1:30 p.m.

IT IS SO ORDERED:

September 22, 2006                          /s/ *Dennis L. Beck*
                                                Honorable, Dennis L. Beck