John A. Drolshagen, #105614
WILKINS, DROLSHAGEN & CZESHINSKI LLP
7050 N. Fresno Street, Suite 204
Fresno, CA 93720
Telephone: (559) 438-2390
Facsimile: (559) 438-2393

Attorneys for Defendant, Joyce Cook and Agnes
Sellers, dba Farmland Transportation

(SPACE BELOW FOR FILING STAMP ONLY)

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA - FRESNO

| | |
|---|---|
| LUIS AVILA ESPINOZA and GUADALUPE AVILA , <br><br> Plaintiff, <br><br> v. <br><br> JACKIE LADD, PCM EXPRESS, business form unknown; JOYCE COOK and AGNES SELLERS dba FARMLAND TRANSPORTATION, business form unknown, , and DOES 1 through 20 , inclusive, <br><br> Defendants. | CASE NO. CV-F-05-0411 AWI LJO <br><br> **STIPULATION AND ORDER REGARDING DISMISSAL** <br><br> Action Filed:  March 28, 2005 <br> Trial Date:  February 5, 2007 |

IT IS HEREBY STIPULATED by and between Defendants, JOYCE COOK and AGNES SELLERS dba FARMLAND TRANSPORTATION through their designate counsel, Wilkins, Drolshagen & Czeshinski LLP and Plaintiffs, LUIS AVILA ESPINOZA and GUADALUPE AVILA through their designated counsel LAURETI & SIDIROPOULOUS, A.P.C. that the above-caption action hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

/ / /

/ / /

/ / /

Dated: October   31 ,2006

WILKINS, DROLSHAGEN & CZESHINSKI LLP

By /s/
    John A. Drolshagen
Attorneys for Defendant Joyce Cook and Agnes Sellers, dba Farmland Transportation

Dated:   October   30 ,2006

LAURETI & SIDIROPOULOUS, A.P.C.

By /s/
    Larry J. Sidiropoulos, Attorneys for Plaintiffs Luis Avila Espinoza and Guadalupe Avila

IT IS SO ORDERED.

**Dated:   November 13, 2006**                **/s/ Lawrence J. O'Neill**
66h44d                                         UNITED STATES MAGISTRATE JUDGE

WILKINS,
DROLSHAGEN &
CZESHINSKI LLP
7050 N. Fresno Street,
Suite 204
Fresno, CA 93720

- 2 -

Stipulation and Order Regarding Dismissal